IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00587-RM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1.  THEODORE MICHAEL BENNETT,**

    Defendant.

---

**SECOND MOTION FOR PRETRIAL MENTAL HEALTH EXAMINATION
FOR DETERMINATION OF THE EXISTENCE OF INSANITY AT
THE TIME OF THE OFFENSE**

---

    The United States of America, by and through the United States Attorney for the District of Colorado, respectfully moves this Honorable Court, pursuant to Title 18, United States Code, Section and 4242(a), and Federal Rules of Criminal Procedure 12.2(c), for a pretrial mental health examination of the defendant to determine whether he was insane at the time of the offense alleged in the indictment pending against the defendant. As grounds for this motion, the Government states:

1. The Defendant filed a Notice of Insanity Defense pursuant to Federal Rules of Criminal Procedure 12.2(a), thereby placing the United States on notice that the defendant may rely on the defense of insanity at the time of the alleged offenses and may introduce expert testimony relating to a mental disease or defect or some other mental condition of the defendant bearing upon the issue of the defendant's guilt. [Doc. 28].

2. The government filed its Motion for Pretrial Mental Health Examination for

    Determination of the Existence of Insanity at the Time of the Offense and to Determine Whether Defendant is Competent to Stand Trial on May 14, 2019 [Doc. 29]. After hearing, on May 29, 2019, the Court granted the Government's Motion and ordered both a competency evaluation and mental health examination. [Doc. 34]

3. In a report dated July 23, 2020, Dr. Armstrong found Mr. Bennett to be competent to stand trial. The government concurs with that finding and renews its request to the Court to order the examination to determine the existence of insanity at the time of the offense.

4. Defendant has filed a status report seeking to have the defendant examined by a doctor of his own choosing while residing at the Federal Medical Center in Fort Worth, Texas, to determine his competency [Doc. 50]. The government does not object to that request. The government by filing this motion seeks to preserve its rights to have further examination of the Defendant at the appropriate time.

5. The United States, pursuant to Title 18, United States Code, Section 4242(a), is entitled to a court-ordered mental health examination of the defendant in order to determine whether or not he was insane at the time of the alleged offenses.

WHEREFORE, once Defendant's competency has been determined by the Court, the Government respectfully requests that Mr. Bennett be ordered to undergo a mental health examination pre-trial in order to determine the existence of insanity at the time of the alleged offenses.

Dated this 9th day of September 2020.

                                                                  JASON R. DUNN
                                                                  United States Attorney

By:       s/Valeria Spencer
                    VALERIA SPENCER
                    Assistant United States Attorney
                    1801 California Street, Suite 1600
                    Denver, Colorado  80202
                    Telephone:  303-454-0100
                    Facsimile:  303-454-0401
                    E-mail:  valeria.spencer@usdoj.gov

                    Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 9, 2020, I electronically filed the foregoing **SECOND MOTION FOR PRETRIAL MENTAL HEALTH EXAMINATION FOR DETERMINATION OF THE EXISTENCE OF INSANITY AT THE TIME OF THE OFFENSE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/Valeria Spencer*
VALERIA SPENCER
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Email: valeria.spencer@usdoj.gov